## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM T. COOPER, JAY R. HOLCOMB, JEFFERY D. JOHNSON, JEREMY S. STOELTING, and JAMES D. PATTON, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:17-cv-00073 |
| V. | ) ) Dist. Judge John A. Ross |
| CORY HUTCHESON, | ) ) ) |
| and | ) ) |
| SECURUS TECHNOLOGIES, INC. | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT SECURUS TECHNOLOGIES, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Securus Technologies, LLC ("Securus")[1] moves for summary judgment pursuant to Fed. R. Civ. P. 56 as to Plaintiffs' remaining claims against it for violation of the Fourth Amendment brought pursuant to 42 U.S.C. § 1983 (Count II) and intrusion upon seclusion under Missouri law (Count IV). Because the uncontroverted material facts show that Plaintiffs cannot demonstrate a genuine issue of material fact as to Securus' liability under either claim, Securus is entitled to judgment as a matter of law and dismissal of this action against it with prejudice.

Pursuant to E.D. Mo. Local R. 4.02(B), Securus respectfully requests oral argument on this motion. This case concerns novel theories of constitutional liability for private entities, and

---

[1] Securus converted from a corporation to an LLC in January 2020.

Securus believes that oral argument would be beneficial by providing a full opportunity for the Court to address any factual or legal issues it believes would affect or govern its determination of these issues.

For the reasons stated above and in the Memorandum in Support of its Motion for Summary Judgment, Statement of Uncontroverted Material Facts, the Declarations of Joshua Conklin and Adam R. Fox and supporting evidence filed contemporaneously herewith, Securus respectfully moves this Court for the entry of summary judgment in its favor as to all claims against it, the dismissal of this action with prejudice as to Securus, and for such other relief as this Court deems just and proper.

Dated: September 10, 2021                     /s/ Adam R. Fox

Adam R. Fox (admitted *pro hac vice*)
Gabriel Colwell (admitted *pro hac vice*)
Marisol C. Mork (admitted *pro hac vice*)
Squire Patton Bogs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581
adam.fox@squirepb.com
gabriel.colwell@squirepb.com
marisol.mork@squirepb.com

Shawn T. Briner, #MO47286
Briner Law Group
424 S. Woods Mill Road, Suite 330
Chesterfield, Missouri 63017
Telephone: (314) 478-7227
Facsimile: (314) 448-4300
shawn.briner@brinerlaw.com

*Attorneys for Defendant Securus Technologies, LLC f/k/a Securus Technologies, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause an electronic notice to be sent to all registered counsel of record.


Dated:   September 10, 2021                     /s/ *Adam R. Fox*

*Attorney for Defendant Securus Technologies, LLC f/k/a Securus Technologies, Inc.*

010-9261-8478/2/AMERICAS