**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM T. COOPER, JAY R.** | ) | |
| **HOLCOMB, JEFFERY D. JOHNSON,** | ) | |
| **JEREMY S. STOELTING, and JAMES** | ) | |
| **D. PATTON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 1:17-cv-00073** |
| | ) | |
| **V.** | ) | |
| | ) | |
| | ) | |
| **CORY HUTCHESON,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **SECURUS TECHNOLOGIES, INC.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL OF COMPLAINT**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs William T.

Cooper, Jay R. Holcomb, Jeffery D. Johnson, Jeremy S. Stoelting, and James D. Patton (collectively

"Plaintiffs") and Defendant Securus Technologies, LLC f/k/a Securus Technologies, Inc. ("Securus

Technologies") and Defendant Cory Hutcheson, and the parties' respective counsel, that pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' Second Amended Complaint (Doc. # 53) is hereby:

1.  Dismissed with prejudice against Defendant Securus Technologies; and

2.  Dismissed without prejudice against Defendant Cory Hutcheson.

Respectfully submitted,

/s/ John C. Steffens

John C. Steffens, #63267MO
Curtis O. Poore, #38067MO
THE LIMBAUGH FIRM
407 N. Kingshighway, P.O. Box 1150
Cape Girardeau, MO  63702-1150
Telephone:  (573) 335-3316
Facsimile: (573) 335-1369
jsteffens@limbaughlaw.com
curt@limbaughlaw.com

ATTORNEYS FOR PLAINTIFFS
WILLIAM T. COOPER, JAY R. HOLCOMB,
JEFFERY D. JOHNSON, JEREMY S. STOELTING,
and JAMES D. PATTON

/s/ Marc M. Johnson

Marc M. Johnson #58065MO
ROSENBLUM SCHWARTZ FRY, P.C.
120 S. Central Ave., Ste. 130
Clayton, MO 63105
Telephone: (314) 753-2020
mjohnson@rsflawfirm.com

ATTORNEYS FOR DEFENDANT
CORY HUTCHESON

/s/ Adam R. Fox

Adam R. Fox (admitted *pro hac vice*)
Gabriel Colwell (admitted *pro hac vice*)
Marisol C. Mork (admitted *pro hac vice*)
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581
adam.fox@squirepb.com
gabriel.colwell@squirepb.com
marisol.mork@squirepb.com

Shawn T. Briner, #47286MO
Briner Law Group
424 S. Woods Mill Road, Suite 330
Chesterfield, MO 63017
Telephone: (314) 478-7227
Facsimile: (314) 448-4300
shawn.briner@brinerlaw.com

ATTORNEYS FOR DEFENDANT SECURUS
TECHNOLOGIES, LLC F/K/A SECURUS
TECHNOLOGIES, INC.

010-9267-8631/2/AMERICAS

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the attorneys of record in this case.

/s/ John C. Steffens
