UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM T. COOPER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:17-CV-00073-JAR |
| CORY HUTCHESON, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal of Complaint Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 98). Plaintiffs and Defendant Securus Technologies, Inc. ("Securus") have agreed to dismiss this action with prejudice. Plaintiffs and Defendant Cory Hutcheson have agreed to dismiss this action without prejudice. The Court will order dismissal in accordance with the stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant Securus are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Defendant Cory Hutcheson are **DISMISSED without prejudice.**

Dated this 8th day of October, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE